# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, SR., | Case No. 2:18-cv-00544-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER |
| CORE CIVIC AMERICA, et al., | (Docket Nos. 28, 29) |
| Defendants. | |

Pending before the Court are Plaintiff's motions for copy of files. Docket Nos. 28, 29. Plaintiff asks the Court to send him a copy of the files/complaint he filed in the instant case.[1] *Id*.

On December 18, 2018, the Ninth Circuit affirmed the dismissal of the instant case. Docket No. 31. Accordingly, the pending motions, Docket Nos. 28 and 29, are **DENIED** as moot.

IT IS SO ORDERED.

DATED: December 20, 2018.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is unable to discern what "files" Plaintiff references.